IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>MICHAEL SCOTT DAVIS and JOSE SALVADOR SILVA,<br><br>                    Defendant | **8:25CR231**<br><br>**ORDER** |

This matter is before the Court on Defendant's Amended Unopposed Motion to Continue Trial (Filing No. 62). Defendant requests additional time to continue his treatment at NOVA. The government and counsel for the above-named co-defendant have no objections to the continuance. For good cause shown,

IT IS ORDERED that the Amended Unopposed Motion to Continue Trial (Filing No. 62) is granted as follows:

1.    The jury trial, **for all defendants**, now set for June 1, 2026, is continued to **August 3, 2026.**

2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 3, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.    Defendant's Unopposed Motion to Continue Trial (Filing No. 59) is denied as moot.

Dated the 5th day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge