IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL SCOTT DAVIS and JOSE SALVADOR SILVA,

Defendant

**8:25CR231**

**ORDER**

This matter is before the Court on Defendant, Jose Salvador Silva's Unopposed Motion to Continue Trial (Filing No. 68). Defendant needs additional time to continue treatment. The government and counsel for the above-named co-defendant have no objections to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 68) is granted as follows:

1. The jury trial, **for all defendants**, now set for September 21, 2026, is continued to **November 16, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 16, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated the 2nd day of September 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge